702 A.2d 547

**Louis AIELLO, Respondent,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 3, 1997.

G. Roger Bowers, Joan A. Zubras, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 3rd day of November, 1997, we **DENY** Petitioner's Petition for Allowance of Appeal, and **GRANT** Respondent's Cross–Petition for Allowance of Appeal **LIMITED** to the issue of whether evidence concerning a plaintiff's HIV infection is admissible to defend against a claim of future damages.